CARL A. ARNOLD ET AL. V. GLOBE INVESTMENT COMPANY.

FILED APRIL 17, 1894.   No. 5587.

Attachment: RECEIVERS: BANKS.   On the authority of *Arnold v. Weimer*, 40 Neb., 216, the judgment of the district court in this case is affirmed.

ERROR from the district court of Custer county.   Tried below before HARRISON, J.

*George H. Hastings, Attorney General, J. S. Kirkpatrick,* and *Hutchinson & Dickinson*, for plaintiffs in error.

No briefs filed.

RAGAN, C.

The facts in this case are the same as in *Arnold v. Weimer,* 40 Neb., 216, decided at this term, and on the authority of that case the judgment of the district court is

AFFIRMED.

HARRISON, J., having heard the case in the district court, offered no opinion.